UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WYLIE MILLS, pro se, individually and on behalf of other inmates confined in the Yakima County Jail similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>KEN ERWIN, Sheriff of Yakima County, Washington, STEVE ROBERTSON, Director of Jail, RON GAMACHE, JESSE PALACIOS, MIKE LEITA, COUNTY COMMISSIONERS FOR THE COUNTY OF YAKIMA, individually and in their official capacities,<br><br>    Defendants. | No. CV-05-3057-LRS<br><br>ORDER OF DISMISSAL |

    On July 14, 2005, the Court issued an ORDER TO AMEND (Ct. Rec. 5), requiring Plaintiff Wylie Mills, a former prisoner at the Yakima County Jail, to file an amended complaint complying with Federal Rule of Civil Procedure 8(a). Plaintiff filed a First Amended Complaint titled "Overcrowing" [sic] on August 18, 2005 (Ct. Rec. 7), which the Court finds fails to correct all deficiencies recited in Ct. Rec. 5.

///

ORDER OF DISMISSAL - 1

Plaintiff continues to pursue this *pro se* civil rights complaint as a "class action" pursuant to 42 U.S.C. § 1983 and Rule 23 of the Federal Rules of Civil Procedure, asserting Defendants engaged in a series of acts that allegedly deprived Plaintiff Mills and a class of persons confined or facing the prospect of being confined in the Yakima County Jail. (Ct. Rec. 7.)  As a *pro se* litigant and for the reasons previously set forth in the court record, Plaintiff is not legally qualified to pursue claims on behalf of other inmates.

Liberally construing Plaintiff's First Amended Complaint, the Court finds that it does not set forth specific facts upon which the Plaintiff relies in claiming the liability of each Defendant.  The First Amended Complaint fails to include sufficient facts to establish federal subject-matter jurisdiction.

**IT IS ORDERED** that the above-titled case be dismissed without prejudice and the file be closed in this matter.

**IT IS SO ORDERED.**  The District Court Executive is directed to file this Order and provide a copy to named Plaintiffs.

DATED this 27th day of September, 2005.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2